UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:09-CR-00162-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | ORDER |
| ) | |
| ) | |
| KENNETH WEBSTER DAVIS, ) | |
| Defendant ) | |

This matter is before the court on defendant's motion to seal his sentencing memorandum. Having fully considered the motion, it is DENIED.

This 6 December 2010.

_____
W. Earl Britt
Senior U.S. District Judge